COMMODITY FUTURES TRADING    )
COMMISSION    )
    )
    Plaintiff    )
    )
v.    )    No. 3:04-0898
    )    Judge Echols
FOREIGN FUND a/k/a    )
FIRST BANK, RON MEALING, and    )
JOHN SHIRCK    )
    )
    Defendants    )
    )
WALLY DOW, MW FIRST INC.,    )
MW FIRST TRUSTEES INC.,    )
WOLFGAN J. FASTIAN,    )
DEANA WHITELY, and    )
STAR CONNECTION INC.    )
    )
    Relief Defendants    )

## O R D E R

This case was brought by the Plaintiff for injunctive and other equitable relief and for penalties under the Commodity Exchange Act. The claims against all Defendants except Ron Mealing and Relief Defendant MW First Trustees Inc. have been resolved. These remaining Defendants have submitted a Consent Order of Permanent Injunction and other Equitable Relief against them which must go before the Commodity Futures Trading Commission for approval before it can be entered by the Court.

Accordingly, the Clerk is directed to close this action administratively pending determination by the Commission of the relief proposed by the remaining Defendants. Upon motion by either

of the remaining parties, the case will be reopened and the aforesaid Consent Order shall be entered to end the case, or, if the Consent Order is not approved by the Commission, the case may be reopened and the parties may proceed to trial.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE